FIRST DEPARTMENT, OCTOBER, 1964 *

(October 15, 1964)

■ SECURITY OPTIONS CORP. v. RICHARD SHELTON.— Motion to dismiss appeal granted, with $10 costs, without prejudice to an application to vacate the dismissal and upon further condition that the appeal is perfected for the January 1965 Term. Concur — Botein, P. J., Breitel, Rabin, Eager and Staley, JJ.

---

* Not published with other decisions of October, 1964, 22 A D 2d 641.—[REP.